| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Zachary Zurek<br>Task Force Officer: Kylie Churches, ATF | Telephone: (313) 226-0285<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Antonio Davis

Case No. 2:25-mj-30672
Judge: Unassigned,
Filed: 10-30-2025 At 12:49 PM
CMP USA V. ANTONIO DAVIS (DA)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 28, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kylie Churches, Task Force Officer, ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 30, 2025

_Judge's signature_

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Kylie Churches, being duly sworn, depose and state the following:

### I. INTRODUCTION

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under Federal law.

2. I have been a Task Force Officer (TFO) with ATF since March 2022, and I have had extensive law enforcement training, including at the Detroit Police Department Training Center. In addition to being a TFO with the ATF, I have been employed as a police officer with the City of Detroit for approximately six years. I also have a bachelor's degree in criminal justice.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4.  ATF is currently conducting a criminal investigation concerning Antonio DAVIS for violations of 18 U.S.C. § 922 (g)(1) as a felon in possession of a firearm.

## II.   PROBABLE CAUSE

5.  On October 28, 2025, at approximately 10:34 p.m., Detroit Police officers working as fourth precinct special operations were in the area of Buchanan and 31st Streets. The officers observed a white 2019 Chevy Equinox with a Michigan license plate that had a defective license plate light. The officers initiated a traffic stop at Jackson and 31st Streets.

6.  Three individuals were in the vehicle, including DAVIS, who was seated in the rear passenger seat. An officer asked DAVIS what was in his hoodie pocket and if he had a concealed pistol license (CPL). DAVIS stated "nah, I ain't got nothing." Davis then placed both arms over the hoodie pocket and bent at his waist to conceal the object hidden in his pocket. The officers requested that the driver turn off the vehicle. Once the vehicle was turned off the officers requested that DAVIS place his hands on the headrest, which he initially did, but immediately took them off and started to move towards the driver-side rear seat door. DAVIS started yelling at the driver to "pull off" and repeated it multiple times. The officers then ordered DAVIS to stop moving and place his hands up multiple times and he failed to comply.

7. DAVIS exited the vehicle and began to run eastbound. An officer attempted to physically stop DAVIS from running and DAVIS refused to comply, resulting in DAVIS and the officer falling and wrestling on the ground. When DAVIS got back on his feet and briefly escaped the first officer, a pistol fell out of DAVIS's hoodie pocket onto the ground.

8. A second officer pulled out his duty issued taser and ordered DAVIS to "stop" or he would be tased. The second officer then fired his taser and DAVIS fell to the ground. Officers attempted to gain control of DAVIS but he continued to fight. Eventually both officers gained control of DAVIS and place him in handcuffs.

9. With DAVIS detained, the officers recovered a black and silver Taurus G2C 9mm pistol from the pavement. The officers conducted a Law Enforcement Information Network (LEIN) check and discovered DAVIS did not have a CPL. The officers placed DAVIS under arrest and transported him to the hospital.

10. On October 30, 2025, I consulted with Special Agent Kara Klupacs, an interstate nexus expert. Special Agent Klupacs stated that the Taurus G2C, 9mm, based on the written description provided, without physically examining it, is a firearm as defined by federal law and was manufactured outside the state of Michigan and therefore traveled in and affected interstate commerce.

3

11. I reviewed records related to DAVIS's criminal history and learned the following:

    a. On September 22, 2016, DAVIS pled guilty to Financial Transaction Device-Stealing/Retaining W/O Consent, a felony. According to the MDOC presentence report, two individuals robbed two victims of an iPhone, wallet, and cash with a firearm. Police later found DAVIS with a group of four males and located the stolen items. DAVIS was sentenced to HYTA probation.

    b. On May 16, 2017, DAVIS pled guilty to Armed Robbery and Felony Firearm. He was subsequently sentenced to 4 to 15 years of imprisonment for Armed Robbery and 2 years of imprisonment for Felony Firearm. According to the MDOC presentence report, Davis and two unknown accomplices pointed a handgun at two victims while taking their cell phones, credit cards, purse, debit cards, keys and vehicle.

    c. On March 4, 2025, DAVIS pled guilty to Police Officer Assaulting/Resisting/Obstructing, a felony. He was subsequently sentenced to 30 days in jail.

12. On January 9, 2024, DAVIS was released on parole. One condition of his supervision was that DAVIS must not own or possess a firearm. DAVIS was

on parole at the time he possessed the Taurus G2C 9mm pistol referenced in this affidavit.

    13.    DAVIS also violated parole on December 18, 2024, when he was loitering in a vehicle near an abandoned building with suspected marijuana and cocaine and attempting to escape from officers.

    14.    DAVIS also violated his HYTA probation in May 2017 by committing Armed Robbery.

### III. CONCLUSION

    15.    There is probable cause to believe that on October 28, 2025, in the Eastern District of Michigan, DAVIS knowingly possessed a firearm after having been convicted of a felony offense, that he knew of his felony status at the time, and that the firearm affected interstate or foreign commerce, all in violation of 18 § 922(g)(1).

Respectfully submitted,

_____
Task Force Officer Kylie Churches
Bureau of Alcohol, Tobacco, Firearms
and Explosives.

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date: October 30, 2025

5